UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
APR 21  P 2: 26

THOMAS W TREFNY,
    Plaintiff

V.

HYANNIS HARBOR TOURS, INC.,
    Defendant

04 10798 NG

Civil Action

No. _____

## SEAMAN'S AFFIDAVIT

I, DAVID F. ANDERSON, attorney for the Plaintiff in the above-entitled action, do on oath depose and say as follows:

1.     The Plaintiff, THOMAS W. TREFNY, in the above entitled action, was a seaman and claims the benefits of the United States Code, Title 28, Section 1916, which provides that:

> "In all courts of the United States, seamen may institute and prosecute suits and appeals in their own names and for their own benefit for wages or salvage or the enforcement of laws enacted for their health or safety without prepaying fees or costs or furnishing security therefor."

David F. Anderson
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

Dated: 4/20/04

### COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.

Subscribed and sworn to before me this 20th day of April, 2004

_____  My commission expires 9-22-06
Notary Public



DONNA M. TEMPESTA
Notary Public
Commonwealth of Massachusetts
My Commission Expires Sep 22, 2006