# United States District Court

_____ DISTRICT OF _____
MASSACHUSETTS

Thomas W. Trefny

V.

Hyannis Harbor Tours, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04 10798 NG**

TO: (Name and address of defendant)

Hyannis Harbor Tours, Inc.
22 Channel Point Road
Hyannis, MA 02601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David F. Anderson
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

an answer to the complaint which is herewith served upon you, within __twenty__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

APR - - 2004
DATE



**Barnstable County Sheriff's Office**

I hereby certify and return that on **May 07, 2004 at 10:40 AM** I served a true and attested copy of Summons & Complaint, in hand to Murray Scudder, Vice President agent in charge accepting for the within named Defendant, Hyannis Harbor Tours, Inc, at the last and usual business address to wit: 22 Channel Point Road, Hyannis, MA 02601.

Fee:    $46.40

Brad Parker, Deputy Sheriff
PO Box 614, Centerville, MA  02632

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
            Date                    Signature of Server

                                    _____
                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.