UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -2  P 12: 27

U.S. DISTRICT COURT
DISTRICT OF MASS

THOMAS W. TREFNY,
    Plaintiff
v.
HYANNIS HARBOR TOURS, INC.,
    Defendant

CIVIL ACTION NO. 04-10798-NG

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to L.R. 7.3(A), Hyannis Harbor Tours, Inc. hereby discloses that it has no parent corporation, and no publicly-held corporation owns more than 10% of its stock.

**CERTIFICATE OF SERVICE AND COMPLIANCE:** The undersigned counsel hereby certifies that s/he has this day provided a true copy of this document to all counsel of record and all parties appearing *pro se* (if any) by the method indicated alongside their respective names as shown below.

Dated: June 1, 2004

*served upon:*
David Anderson, Esq.   *(By First Class Mail)*
Latti & Associates LLP
30-31 Union Wharf
Boston, Massachusetts 02109

HYANNIS HARBOR TOURS, INC.
By its attorneys,

*/s/ Michael Rauworth*
Michael J. Rauworth, BBO# 547711
**CETRULO & CAPONE LLP**
World Trade Center East
Two Seaport Lane — 10th Floor
Boston, Massachusetts 02210
Tel: (617) 217-5500; fax: 617-217-5200
329891/02006/0036/RAUW

# CETRULO & CAPONE LLP

COUNSELLORS AT LAW
TWO SEAPORT LANE
BOSTON, MASSACHUSETTS 02210
TELEPHONE (617) 217-5500
FACSIMILE (617) 217-5200
www.cetcap.com
SENDER'S DIRECT DIAL: (617) 217-5219
SENDER'S E-MAIL: mrauworth@cetcap.com

NEW YORK, NEW YORK
TELEPHONE (212) 635-2230

PROVIDENCE, RHODE ISLAND
TELEPHONE (401) 274-7850

FILED
IN CLERKS OFFICE
2004 JUN -2  P 12: 27
U.S. DISTRICT
DISTRICT OF MASS

June 1, 2004

Ms. Jennifer Filo
   Docket Clerk to the Hon. Nancy Gertner
UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF MASSACHUSETTS
1 Courthouse Way, Room 2300
Boston, MA 02210

   Re:   TREFNY V. HYANNIS HARBOR TOURS, INC.
         U.S.D.C. (Mass.) C.A. No. : 04-10798-NG

Dear Ms. Filo:

   Here are the defendant's corporate disclosure statement and answer, submitted for filing and docketing in the captioned matter.

   By copy of this letter, these documents are hereby served upon the plaintiff.

   Thanks for your attention to these.

                              Very truly yours,

                              Michael J. Rauworth

Enclosures
cc:   David Anderson, Esq.
330266/02006/0036/RAUW