UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUL -8 A 11:49

U.S. DISTRICT COURT
DISTRICT OF MASS

| THOMAS W. TREFNY, |
| Plaintiff |
| v. |
| HYANNIS HARBOR TOURS, INC., |
| Defendant |

CIVIL ACTION No. 04-10798-NG

## DEFENDANT'S CERTIFICATIONS

The undersigned hereby certify pursuant to Local Rule 16.1(D)(3) that they have conferred:

a) with a view to establishing a budget for the costs of conducting the full course — and various alternative courses — of the litigation; and

b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

CERTIFICATE OF SERVICE: Undersigned counsel hereby certifies that s/he has this day provided a true copy of this document to all counsel of record and all parties appearing pro se (if any) by the method indicated alongside their respective names as shown below.

Dated: July 7, 2004

*served upon:*
David Anderson, Esq.           *(By First Class Mail)*
Latti & Associates LLP
30-31 Union Wharf
Boston, Massachusetts 02109

Bernice M. Ford, Senior Marine Claims Representative

Michael J. Rauworth, BBO# 547711
**CETRULO & CAPONE LLP**
World Trade Center East
Two Seaport Lane — 10th Floor
Boston, Massachusetts 02210
Tel: (617) 217-5500; fax: 617-217-5200
Counsel for HYANNIS HARBOR TOURS, INC.
334067/02006/0036/RAUW