UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS W. TREFNY
     Plaintiff

V.                                      CIVIL NO. 04-10798 NG

HYANNIS HARBOR TOURS, INC.
     Defendant

<u>ORDER OF REFERENCE
FOR
ALTERNATIVE DISPUTE RESOLUTION</u>

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to <u>ADR PROGRAM</u> for the following ADR program:

    _____ EARLY NEUTRAL EVALUATION      __X__ MEDIATION

    _____ MINI-TRIAL                                 _____ SUMMARY JURY TRIAL

    _____ SETTLEMENT CONFERENCE           _____ SPECIAL MASTER

    _____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

4/25/05                                        /S/ Joyce London Alexander
DATE                                        UNITED STATES MAGISTRATE JUDGE

<u>CASE CATEGORY</u>

| | | | |
|---|---|---|---|
| Admiralty | _____ | Antitrust | _____ |
| Civil Rights | _____ | Contract | _____ |
| Copyright/Trademark/Patent | _____ | Environmental | _____ |
| ERISA | _____ | FELA | _____ |
| Labor Relations | _____ | Medical Malpractice | _____ |
| Personal Injury | __X (MARINE)__ | Product Liability | _____ |
| Shareholder Dispute | _____ | | |
| Other | _____ | | |