# CETRULO & CAPONE LLP

COUNSELLORS AT LAW

TWO SEAPORT LANE
BOSTON, MASSACHUSETTS 02210
TELEPHONE (617) 217-5500
FACSIMILE (617) 217-5200
www.cetcap.com
SENDER'S DIRECT DIAL: (617) 217-5219
SENDER'S E-MAIL: mrauworth@cetcap.com

NEW YORK, NEW YORK
TELEPHONE (212) 635-2230

PROVIDENCE, RHODE ISLAND
TELEPHONE (401) 274-7850

April 26, 2005

Mr. Rex Brown
    Courtroom Clerk to the Hon. Joyce London Alexander
UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF MASSACHUSETTS
1 Courthouse Way, Room 2300
Boston, MA 02210

    Re:    TREFNY V. HYANNIS HARBOR TOURS, INC.
           U.S.D.C. (Mass.) C.A. No. : 04-10798-NG

Dear Mr. Brown:

    To confirm my voicemail of last week, I have received authorization from my client to participate in the court's in-house mediation program on this matter. This is responsive to a point that Judge Alexander inquired about when we appeared for a status conference on April 15.

    Please feel free to call if you have any questions.

Very truly yours,

Michael J. Rauworth

cc:    David Anderson, Esq.

02006-0036
370038v1