UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

THOMAS W. TREFNY,
    Plaintiff

v.

HYANNIS HARBOR TOURS, INC.,
    Defendant

CIVIL ACTION NO. 04-10798-NG

**JOINT MOTION TO POSTPONE MEDIATION**

Now come the parties, by their counsel, and ask that the mediation for this matter be postponed. The mediation is currently scheduled to take place on August 2, 2005, which conflicts with a trial commitment of counsel in another courtroom of this Court.

After consultation with the Clerk as to the Court's calendar, it appears that September 21, 2005 is a viable date for all concerned. Accordingly, the parties jointly request that the mediation be postponed so as to commence at 10:00 a.m. on September 21, 2005.

WHEREFORE the parties respectfully ask that the date of the mediation be changed as aforesaid.

| | |
|---|---|
| **THOMAS W. TREFNY**<br>By his attorneys, | **HYANNIS HARBOR TOURS, INC.**<br>By its attorneys, |
| /s/ David Anderson<br>David Anderson, Esq.<br>**LATTI & ANDERSON LLP**<br>30-31 Union Wharf<br>Boston, Massachusetts 02109<br>Tel: (617) 523-1000<br><br>Dated: July 12, 2005 | /s/ Michael J. Rauworth<br>Michael J. Rauworth, BBO# 547711<br>**CETRULO & CAPONE LLP**<br>World Trade Center East<br>Two Seaport Lane — 10th Floor<br>Boston, Massachusetts 02210<br>Tel: (617) 217-5500; fax: 617-217-5200 |