**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

THOMAS TREFNY
    Plaintiff(s)

        v.

CIVIL ACTION NO. 04-10798-NG

HYANNIS HARBOR TOURS, INC
Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

**TO JUDGE GERTNER**

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On September 21, 2005, I held the following ADR proceeding:

    \_\_\_\_\_ SCREENING CONFERENCE      \_\_\_\_\_ EARLY NEUTRAL EVALUATION

    \_X\_\_\_ MEDIATION      \_\_\_\_\_ SUMMARY BENCH / JURY TRIAL

    \_\_\_\_\_ MINI-TRIAL      \_\_\_\_\_ SETTLEMENT CONFERENCE

    All parties were represented by counsel [except _____]

    The parties were / were not present in person or by authorized corporate officer [except _____].

    The case was:

[X]    Settled. Your clerk should enter a _____60_____ day order of dismissal.

[ ]    There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

September 21, 2005                    /s/ Marianne B. Bowler
DATE                                        ADR Provider
                                              MARIANNE B. BOWLER, U.S.M.J.

(ADRreport.wpd - 4/12/2000)                                                                       [adrrpt.]