# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS W. TREFNY<br>Plaintiff<br><br>V.<br><br>HYANNIS HARBOR TOURS, INC.<br>Defendant | CIVIL ACTION<br><br>NO.   04cv10798NG |

## SETTLEMENT ORDER OF DISMISSAL

GERTNER, D. J.

The Court having been advised on   9/21/2005   that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

9/27/2005                                                           /s/ JENNIFER FILO
Date                                                                    Deputy Clerk

(Dismissal Settlement.wpd - 12/98)