UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS W TREFNY, <br> Plaintiff <br> <br> V. <br> <br> HYANNIS HARBOR TOURS, INC., <br> Defendant | Civil Action <br><br> No. 04-10798-NG |

ASSENTED TO MOTION TO EXTEND TIME FOR COMPLETING SETTLEMENT

NOW COMES the Plaintiff, and states as follows:

1. Pursuant to the Court's settlement order, the settlement was to be completed by November 20, 2005.

2. Although the parties have worked diligently to agree on the settlement papers, the settlement will not be fully consummated by November 20, 2005. The parties have now agreed on the terms of the release, and the release has been sent to the Plaintiff for his signature. The parties anticipate that the release will be forwarded to the Defendant very shortly, and that the settlement check will be forwarded to the Plaintiff immediately thereafter.

3. Accordingly, the Plaintiff requests a brief extension of the time for completing settlement to December 2, 2005.

4. Counsel for the Defendant has been contacted, and assents to this motion.

WHEREFORE, the Plaintiff respectfully requests that the Court extend the time for completing settlement to December 2, 2005.

        Respectfully submitted for the
the Plaintiff, THOMAS W. TREFNY,
by his attorney,

/s/ David F. Anderson
David F. Anderson
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

## CERTIFICATE OF SERVICE

      I hereby certify that on November 16, 2005, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing(s) to all counsel of record.

Respectfully submitted for the Plaintiff,

/s/ David F. Anderson
David F. Anderson
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
617-523-1000