UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

THOMAS W. TREFNY,
    Plaintiff
v.
HYANNIS HARBOR TOURS, INC.,
    Defendant

CIVIL ACTION NO. 04-10798-NG

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41, the undersigned parties, constituting collectively 100% of the entities made party to this action, hereby stipulate that all claims between and among them may and ought to be dismissed with prejudice, each party waiving any right of appeal and each party to bear its own costs.

WHEREFORE the parties respectfully call upon the Court to dismiss the instant case in its entirety.

| | |
|---|---|
| **THOMAS W. TREFNY**<br>By his attorneys, | **HYANNIS HARBOR TOURS, INC.**<br>By its attorneys, |
| /s/ David Anderson<br>David Anderson, Esq.<br>**LATTI & ANDERSON LLP**<br>30-31 Union Wharf<br>Boston, Massachusetts 02109<br>Tel: (617) 523-1000<br><br>Dated: November 30, 2005 | /s/ Michael Rauworth<br>Michael J. Rauworth, BBO# 547711<br>**CETRULO & CAPONE LLP**<br>World Trade Center East<br>Two Seaport Lane — 10th Floor<br>Boston, Massachusetts 02210<br>Tel: (617) 217-5500; fax: 617-217-5200 |